UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR05-M34-03 |
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | PURSUANT TO 28 U.S.C. § 2241(c)(5) |
| STEVEN CRAIG ALEXANDER, | |
| Defendant. | |

---

THE HONORABLE JOHN E. SIMKO, UNITED STATES MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA:

The application of John E. Haak, Assistant United States Attorney for the District of South Dakota, respectfully shows to the Court that Steven Craig Alexander, defendant in this action, is now confined in the Minnehaha County Jail in Sioux Falls, South Dakota; that on July 25, 2005, a Complaint was filed against him on the charge of possession with intent to distribute a controlled substance; and that it is necessary that said Steven Craig Alexander, now held in custody by the Minnehaha County Sheriff, be personally produced in this Court on July 28, 2005 at 2:30 p.m. for an initial appearance on said charge.

WHEREFORE, it is prayed that pursuant to 28 U.S.C. § 2241(c)(5), a Writ of Habeas Corpus Ad Prosequendum issue to the Sheriff of Minnehaha County, South Dakota and to the United States Marshal for the District of South Dakota, according to the practice of this Court, and that Steven Craig Alexander remain in the custody of the United States Marshal's Service until further order of the Court.

-2-

Dated and electronically filed this 25th day of July, 2005.

                MICHELLE G. TAPKEN
                Acting United States Attorney


                */s/ JOHN E. HAAK*
                JOHN E. HAAK
                Assistant United States Attorney
                P. O. Box 3303
                Sioux Falls, SD 57101-3303
                (605)330-4400