UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR05-M34-03 |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM PURSUANT TO 28 U.S.C. § 2241(c)(5) |
| vs. | |
| STEVEN CRAIG ALEXANDER, | |
| Defendant. | |

TO: THE SHERIFF OF MINNEHAHA COUNTY, SOUTH DAKOTA AND TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF SOUTH DAKOTA

WE COMMAND YOU, that you have the body of Steven Craig Alexander, now detained and under your custody as Sheriff, as it is said, as an inmate in the Minnehaha County Jail, under safe and secure conduct before the United States District Court for the Southern Division of the District of South Dakota, at **Sioux Falls, South Dakota, on the 28th day of July, 2005, at 2:30 o'clock p.m.** of said day, for the purpose of an initial appearance in a case now pending in Federal Court against him, and for any other matters necessary for the proper disposition of the charges now pending against him in this Court; and that you maintain Steven Craig Alexander in the custody of the United States Marshal's Service until further order of the Court; and have you then and there this writ.

Dated this 25th day of July, 2005.

BY THE COURT:

_____
JOHN E. SIMKO
United States Magistrate Judge

ATTEST:
JOSEPH A. HAAS, Clerk

By: _____
                Deputy