UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
AUG 17 2005

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJEMEN MOON,<br>STEVEN CRAIG ALEXANDER, and<br>KRISTEN LYNNE SCHULZ,<br><br>Defendants. | CR 05-40101-01<br>         -02<br>INDICTMENT -03<br><br>Possession With Intent to Distribute<br>Controlled Substance and Aiding and<br>Abetting Same<br><br>21 U.S.C. § 841(a)(1); 18 U.S.C. § 2 |

The Grand Jury charges:

On or about July 22, 2005, in the District of South Dakota, Benjemen Moon, Steven Craig Alexander, and Kristen Lynne Schulz did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing cocaine base, commonly referred to as crack, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

A TRUE BILL:

MICHELLE G. TAPKEN
ACTING UNITED STATES ATTORNEY

By _____