UNITED STATE DISTRICT COURT FOR THE
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>vs.<br>KRISTEN LYNNE SCHULZ, BENJAMIN<br>MOON, AND STEVEN CRAIG<br>ALEXANDER　　　Defendant | Case No.: CR 05-M34-03<br><br>MOTION TO SUPPRESS |

FILED
SEP 2 6 2005
CLERK

The Defendant Alexander has moved pursuant to Rule 12(b) to suppress the results of two separate searches of a motel room, Room 204, Comfort Inn Suites, Sioux Falls, South Dakota occupied by the three Defendants..

Dated this 26th day of September 2005.

　　　　　　　　　　　　　　　　　　　　　Gary W. Conklin, Attorney for
　　　　　　　　　　　　　　　　　　　　　Defendant Steven R. Alexander
　　　　　　　　　　　　　　　　　　　　　300 N. Dakota Ave. # 608
　　　　　　　　　　　　　　　　　　　　　Sioux Falls SD 57104
　　　　　　　　　　　　　　　　　　　　　605-978-0036
　　　　　　　　　　　　　　　　　　　　　605-978-0064 FAX

CERTIFICATE OF SERVICE

　　　　This is to certify that on this 26th day of September 2005, by regular United State Mail, postage prepaid, first class, I mailed a true and correct copy of the above Brief in Support of Motion to Suppress Search Results to.

Mr. John Haak, Attorney
Office of United States Attorney
PO Box 5073
Sioux Falls SD 57117-5073

Mr. James A. Eirinberg, Attorney
300 N. Dakota Ave. # 509

Sioux Falls, SD 57104

Mr. Michael W. Hanson, Attorney
505 W. 9th St. #100
Sioux Falls, SD 57104

_____
Gary W. Conklin, Attorney for Steven R. Alexander