UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
DEC 0 8 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | CR05-40101-02 | |
| Plaintiff, | FACTUAL BASIS STATEMENT | |
| vs. | | |
| STEVEN CRAIG ALEXANDER, | | |
| Defendant. | | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On July 22, 2005, defendant Steven Craig Alexander and others were in possession of approximately 90 grams of cocaine base (crack cocaine) while in a motel room in Sioux Falls, SD. Alexander and the others intended to distribute the crack cocaine, but were prevented from doing so because the police discovered the activity and seized the crack cocaine.

The defendant understands that except as limited by section F of the Plea Agreement filed herewith, additional quantities of controlled substances may be attributable to him for sentencing purposes.

MICHELLE G. TAPKEN
United States Attorney

12-7-05
Date

JOHN E. HAAK
Assistant United States Attorney
P.O. Box 3303
Sioux Falls, SD 57101-3303
(605) 330-4400

12-01-2005
Date

*Steven Craig Alexander* (signature)
Steven Craig Alexander
Defendant

12-01-2005
Date

*Gary W. Conklin* (signature)
Gary W. Conklin
Attorney for Defendant